IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CV-00003-BO-RJ

KAN JU CURRY HOUSE, )
DBA LITTLE ASIA BISTRO, )
                                )
    Plaintiffs,                  )
                                )
        v.                       )
                                 )   **ORDER**
UR. M. JADDOU,                   )
DIRECTOR OF USCIS,               )
                                 )
    Defendant                    )

UPON CONSIDERATION OF the Defendant's Motion for Stay and Extension of Responsive Pleading Deadline for 90 days, up to and including June 10, 2024, and the entire record,

IT IS HEREBY ORDERED on this _16_ day of April, 2024, that the Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Defendant shall have up to and including June 10, 2024 in which to file a joint status report.

SO ORDERED.

*TERRENCE W. BOYLE*
United States District Judge